## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jessica Lamb

                              Plaintiff,

v.                                          Case No.: 1:20–cv–02634
                                            Honorable Franklin U. Valderrama

Iball Entertainment, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 26, 2021:

      MINUTE entry before the Honorable Young B. Kim: On January 23, 2021, the court ordered the parties to, among other things, "email the court (settlement_statement_kim@ilnd.uscourts.gov) jointly or separately by noon on February 26, 2021, whether they wish to discuss settlement with the court's assistance. Parties are to also advise the court in the same email whether they require expert discovery." (R. 21.) Parties did not email the court as ordered. As such, the court presumes that the parties are not interested in exploring settlement options with the assistance of this court and that they do not require expert discovery. All discovery is now closed. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned District Judge. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.